UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE LOPEZ,

        Plaintiff,

  v.

R. L. KELLY,

        Defendant.

Case No.  14-cv-03724-YGR   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on September 28, 2015 at Pelican Bay State Prison, and the results of that proceeding are indicated below:

(1)  The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

( X )  Plaintiff, Jose Lopez Pro Se

(   )  Warden or warden's representative

( X )  Office of the California Attorney General, Allison Low

(   )  Other:

(2)  The following individuals, parties, and/or representatives did not appear:

_____

(3)  The outcome of the proceeding was:

( X )  The case has been completely settled.  A telephonic status conference is scheduled for November 3, 2015.  Defense counsel shall assist in facilitating Plaintiff's telephonic appearance.  Parties shall dial 888-684-8852 and enter access code 1868782 to make their appearances.

(   )  The case has been partially resolved and counsel for defendants shall file a joint

1  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet
2  attached remain for this Court to resolve.
3      ( )  The parties are unable to reach an agreement at this time.
4  **IT IS SO ORDERED.**
5  Dated: September 29, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE LOPEZ,

        Plaintiff,

   v.

R. L. KELLY,

        Defendant.

Case No. 14-cv-03724-YGR (NJV)

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on September 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Lopez ID: T-23891
A5-227
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531-7500

Dated: September 29, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3