UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE LOPEZ,

    Plaintiff,

  v.

R. L. KELLEY,

    Defendant.

Case No. 14-cv-03724-YGR (PR)

**ORDER DISMISSING ACTION WITH PREJUDICE**

This case was referred to Magistrate Judge Nandor Vadas for court-ordered settlement proceedings. On September 28, 2015, the parties appeared before Magistrate Judge Vadas for a settlement conference. In his "Report of Pro Se Prisoner Early Settlement Proceeding" dated September 29, 2015, Magistrate Judge Vadas informed the Court that "[t]he case has been completely settled." Dkt. 17 at 1.

On September 29, 2015, the Court received a copy of the "Stipulation for Voluntary Dismissal With Prejudice" signed by both parties. The signed stipulation states:

> Plaintiff Jose Lopez and Defendant R. L. Kelley[1] have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.

Dkt. 19 at 2 (footnote in original).

Accordingly, having been notified of the settlement and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this action and all claims asserted herein against all named Defendants are DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter judgment, terminate any pending motions, and close the file.

IT IS SO ORDERED.

Dated: October 7, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] Defendant R. L. Kelley was named in the Complaint as "R.L. Kelly."